**Pablo FLORES, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 64441.**

Missouri Court of Appeals, Western District.

Feb. 7, 2006.

Jeannie M. Willibey, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: SMITH, C.J., LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Pablo Flores was convicted of first-degree robbery, Section 569.020 RSMo 1994, and sentenced to twenty years imprisonment. His conviction was affirmed on appeal. Flores filed a motion for post-conviction relief under Rule 29.15, alleging that he received ineffective assistance of trial counsel. After an evidentiary hearing, the motion court denied his request for relief. Flores appeals the decision. The decision of the motion court is affirmed. **Rule 84.16(b).**